## (January 10, 1969)

■ In the Matter of HOWARD A. LEVINE, as District Attorney of Schenectady County, on Behalf of the May 1968 Grand Jury of Schenectady County, Respondent, v. SAM DE CESARE, also Known as SMERALDO DE CESARE, Appellant.— Applications denied; appeal having become moot. (See *St. Pierre*

v. *United States,* 319 U. S. 41; *United States* v. *Galante,* 298 F. 2d 72; *McCarthy* v. *Wayne Circuit Judge,* 294 Mich. 368.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.